UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| *In re:*<br>Miranda A. Mitchum,<br>Debtor,<br>v.<br>David Hayes,<br>Defendant. | Civil Action No. 2:26-cv-1871-BHH<br><br>**ORDER** |

This matter arises out of the petition for voluntary relief under Chapter 13 of the United States Bankruptcy Code by Miranda A. Mitchum ("Debtor" or "Plaintiff") in the United States Bankruptcy Court for the District of South Carolina styled as *In re: Miranda Mitchum*, Bankruptcy Case No. 26-1317-jd. On May 7, 2026, the matter was transmitted to this Court and filed as a motion to withdraw reference of Debtor's bankruptcy case pursuant to 28 U.S.C. § 157 and Fed. R. Bankr. P. 5011. (ECF No. 1.)

On August 5, 2026, Defendant filed a motion to dismiss the motion to withdraw as moot, in light of an order entered by the United States Bankruptcy Court dismissing the case. (ECF Nos. 12, 12-1.) In accordance with 28 U.S.C. § 636(b)(1)(A) and Local Rule 73.02(B)(2)(e) for the District of South Carolina, the matter was referred to a United States Magistrate Judge for preliminary review.

On October 1, 2026, Magistrate Judge Thomas E. Rogers III issued a Report and Recommendation ("Report"), outlining the issues and recommending that the Court dismiss this case for failure to prosecute because Plaintiff failed to respond to Defendant's motion

as instructed. (*See* ECF No. 16.) Attached to the Report was a notice advising the parties of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record and the findings of the Magistrate Judge for clear error. After review, the Court finds no clear error and agrees with the Magistrate Judge's recommendations. Accordingly, the Court adopts the Magistrate Judge's Report (ECF No. 16) and dismisses this matter for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

October 26, 2026
Charleston, South Carolina